```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**WEST VIRGINIA HOSPITALITY AND**
**TRAVEL ASSOCIATION, INC.,**
a West Virginia Not-for-Profit
corporation, on behalf of all of
its adversely affected members, and
as assignee of certain of its
adversely affected members,

      Plaintiff,

v.                                                  Civil Action No. 2:16-cv-0184

**AMERICAN WATER WORKS COMPANY, INC.,**
a Delaware corporation, and
**AMERICAN WATER WORKS SERVICE**
**COMPANY, INC.,** a New Jersey
corporation, and **WEST VIRGINIA-**
**AMERICAN WATER COMPANY,** a West
Virginia corporation, and
**EASTMAN CHEMICAL COMPANY,** a
Delaware corporation, and
**GARY SOUTHERN,** an individual, and
**DENNIS P. FARRELL,** an individual,

      Defendants.

<u>ORDER</u>

      Pending before the court is the motion requesting a status conference filed by American Water Works Company, Inc., American Water Works Service Company, Inc., and West Virginia-American Water Company (together "American Water defendants") on

December 28, 2017. American Water defendants advise the court that all other parties are in agreement regarding the proposed status conference.

It is accordingly ORDERED that American Water defendants' motion for a status conference be, and it hereby is, granted. Lead counsel for the parties are directed to appear for a status conference before the undersigned in chambers in Charleston on Thursday, January 4, 2018 at 3:30 p.m.

The Clerk is requested to transmit this order to all counsel of record and to any unrepresented parties.

DATED: December 29, 2017

John T. Copenhaver, Jr.
United States District Judge