# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/4/2018                                                                 Case Number 2:16-cv-00184
Case Style: West Virginia Hospitality and Travel Association, vs. American Water Works Company, Inc.
Type of hearing Status Conference
Before the honorable: 2508-Copenhaver
Court Reporter                                                                 Courtroom Deputy
Attorney(s) for the Plaintiff or Government Michael Callaghan,Michael Donovan


Attorney(s) for the Defendant(s) Robert Allen,Michael Carey,Pamela Deem,Thomas Hurney,Kent Mayo,Marc Williams


Law Clerk Caroline Kurtz                                                       Probation Officer

Trial Time


Non-Trial Time


Court Time

3:35      to 4:20
Total Court Time: 0 Hours 45 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Parties met to discuss settlement and setting further schedule in the case.