IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA HOSPITALITY AND
TRAVEL ASSOCIATION, INC.,

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Civil Action No. 2:16-CV-00184

AMERICAN WATER WORKS COMPANY,
INC.; AMERICAN WATER WORKS
SERVICE COMPANY, INC.; WEST
VIRGINIA-AMERICAN WATER
COMPANY; EASTMAN CHEMICAL
COMPANY; GARY SOUTHERN; AND
DENNIS P. FARRELL,

　　　　　　　　　　Defendant.

## AGREED FINAL ORDER OF DISMISSAL

　　Came this day the Plaintiff, West Virginia Hospitality and Travel Association, Inc., and Defendant, Dennis P. Farrell, by and through their respective counsel, and hereby jointly moved this Honorable Court to order, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissal of all of Plaintiff's claims against Dennis P. Farrell, with prejudice. All claims made or which could have been made by the Plaintiff against Mr. Farrell in this civil action, arising out of or relating to the events and circumstances occurring and which were placed in issue in this civil action are, dismissed, with prejudice.

　　WHEREFORE, this Court hereby ORDERS, ADJUDGES and DECREES that Plaintiff's claims against Dennis P. Farrell are DISMISSED WITH PREJUDICE. The parties shall bear their own costs.

The Court further DIRECTS the Clerk to send a copy of this Agreed Final Order of Dismissal to counsel of record.

Entered this the 14th day of March, 2018.

Honorable John T. Copenhaver, Jr.

PRESENTED BY:

Michael O. Callaghan, WVSB No. 5509
NEELY & CALLAGHAN
159 Summers Street
Charleston, WV 25301-2134
(304)-343-6500
mcallaghan@neelycallaghan.com
*Counsel for Plaintiff*

AGREED TO BY:

Michael W. Carey, WVSB No. 635
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
mwcarey@csdlawfirm.com
*Counsel for Dennis P. Farrell*

2