IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CRYSTAL GOOD, individually and as parent and
next friend of minor children M.T.S., N.T.K. and
A.M.S., and MELISSA JOHNSON, individually and
as parent of an unborn child T.A.J., and JOAN GREEN
and SUMMER JOHNSON and MARY LACY and WENDY
RENEE RUIZ and KIMBERLY OGIER and ROY J. McNEAL
and GEORGIA HAMRA and MADDIE FIELDS and
BRENDA BAISDEN, d/b/a FRIENDLY FACES DAYCARE,
and ALADDIN RESTAURANT, INC. and R. G. GUNNOE
FARMS LLC and DUNBAR PLAZA, INC., d/b/a DUNBAR
PLAZA HOTEL, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.                   Case No.: 2:14-CV-01374

WEST VIRGINIA-AMERICAN WATER COMPANY,
d/b/a WEST VIRGINIA AMERICAN WATER, and
AMERICAN WATER WORKS SERVICE COMPANY, INC.
and AMERICAN WATER WORKS COMPANY, and
EASTMAN CHEMICAL COMPANY and GARY SOUTHERN
and DENNIS P. FARRELL,

   Defendants.


WEST VIRGINIA HOSPITALITY AND TRAVEL
ASSOCIATION, INC., West Virginia Not-for-Profit
Corporation, on behalf of All of Its Adversely Affected
Members, and as Assignee of Certain of Its Adversely
Affected Members,

   Plaintiff,

                   Case No.: 2:16-CV-00184

v.

AMERICAN WATER WORKS COMPANY, INC.,
a Delaware Corporation; AMERICAN WATER WORKS
SERVICE COMPANY, INC., a New Jersey Corporation;
WEST VIRGINIA-AMERICAN WATER COMPANY,
a West Virginia Corporation; EASTMAN CHEMICAL
COMPANY, a Delaware Corporation; GARY SOUTHERN,
an individual; and DENNIS P. FARRELL, an individual,

   Defendants.

## RESPONSE TO PLAINTIFF'S MOTION FOR LIMITED CONSOLIDATION

In response to Plaintiff's Motion for Limited Consolidation, Defendant Gary Southern, by Counsel, states as follows:

At a status conference on July 27, 2018, the Court announced that it was considering consolidation of these two civil actions and directed counsel for West Virginia Hospitality and Travel Association ("WVHTA") to file a document stating his client's position on such consolidation within a week with the other parties to respond to that filing within an additional week. Pursuant to the Court's directive, on August 3, 2018, WVHTA filed a Motion for Limited Consolidation asking the Court to consolidate these two civil actions for discovery and deposition testimony involving fact witnesses.

Since the time of the July 27, 2018, status conference, Mr. Southern and the Plaintiffs in the Good class action have again reached a proposed settlement. If the Court approves the settlement, such approval will moot the issue of consolidation. Accordingly, at this time and in the interest of judicial economy, Mr. Southern takes no position on the merits of the motion for limited consolidation but respectfully requests additional time to respond should the same become necessary.

GARY SOUTHERN,

Defendant,

BY COUNSEL:

/s/ Pamela C. Deem
Robert B. Allen (WV Bar No. 110)
Pamela C. Deem (WV Bar No. 976)
KAY CASTO & CHANEY PLLC
P.O. Box 2031
Charleston, WV 25327
Tel: (304) 345-8900
rallen@kaycasto.com
pdeem@kaycasto.com

William W. Wilkins (*pro hac vice*)
Nexsen Pruet LLC
55 E. Camperdown Way, Suite 400
Greenville, SC 29601
Tel: (864) 370-2211
bwilkins@nexsenpruet.com

Mark C. Moore (*pro hac vice*)
Jennifer J. Hollingsworth *(pro hac vice)*
Nexsen Pruet LLC
1230 Main Street, 7th Floor
Columbia, SC 29201
Tel: (803) 540-2146
mmoore@nexsenpruet.com
jhollingsworth@nexsenpruet.com

## CERTIFICATE OF SERVICE

I, PAMELA C. DEEM, counsel for Defendant Gary Southern, hereby certify that on the 10th day of August, 2018, I electronically filed the foregoing **"Response to Plaintiff's Motion for Limited Consolidation"** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michael O. Callaghan, Esq.
>NEELY & CALLAGHAN
>159 Summers Street
>Charleston, WV 25301
>mcallaghan@neelycallaghan.com
>   *Counsel for Plaintiff*

>Marc E. Williams, Esq.
>Robert Massie, Esq.
>Melissa Foster Bird, Esq.
>NELSON MULLINS RILEY &
>SCARBOROUGH LLP
>949 Third Ave., Suite 200
>Huntington, WV 25701
>marc.williams@nelsonmullins.com
>bob.massie@nelsonmullins.com
>melissa.fosterbird@nelsonmullins.com
>   *Counsel for Eastman Chemical Company*

>Thomas J. Hurney, Jr., Esq.
>JACKSON KELLY PLLC
>500 Lee Street, East, Suite 1600
>Charleston, West Virginia  25301
>thurney@jacksonkelly.com
>   *Counsel for American Water Works Service Company, Inc., American Water Works Company, Inc. and West Virginia-American Water Company*

>>/s/  Pamela C. Deem
>>Pamela C. Deem (WVSB # 976)
>>Kay Casto & Chaney PLLC
>>P.O. Box 2031
>>Charleston, WV 25327
>>(304) 345-8900