# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

WEST VIRGINIA HOSPITALITY AND TRAVEL
ASSOCIATION, INC.,

                                Plaintiff,

v.                                                                Civil Action No. 2:16-CV-00184

AMERICAN WATER WORKS COMPANY,
INC.; AMERICAN WATER WORKS SERVICE
COMPANY, INC.; WEST VIRGINIA-
AMERICAN WATER COMPANY; EASTMAN
CHEMICAL COMPANY; GARY SOUTHERN;
AND DENNIS P. FARRELL,

                                Defendant.

## JOINT MOTION TO DISMISS PURSUANT TO RULE 41(A)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

      The Plaintiffs, West Virginia Hospitality and Travel Association, Inc., and Defendants, American Water Works Company, Inc., American Water Works Service Company, Inc., and West Virginia-American Water Company have resolved through settlement all claims made or which could have been made by the plaintiffs or its member-assignors arising out of or relating to the events and circumstances occurring and which were placed in issue in this civil action. These parties therefore move for dismissal with prejudice of the plaintiffs' claims against these defendants. A proposed order is being submitted to the court.

                                            /s/ Thomas J. Hurney, Jr.
                                            Thomas J. Hurney, Jr. (WV Bar No. 1833)
                                            L. Jill McIntyre (WV Bar No. 8837)
                                            JACKSON KELLY PLLC
                                            500 Lee Street, East; Suite 1600 (25301)
                                            P. O. Box 553
                                            Charleston, West Virginia 25322
                                            (304) 340-1000
                                            Counsel for the American Water Defendants

4838-7530-6352.v1

                    /s/ Michael O. Callaghan.
                    Michael O. Callaghan (WV Bar No. 5509)
                    NEELY & CALLAGHAN
                    159 Summers Street
                    Charleston, WV 25301
                    (304) 343-6500

4838-7530-6352.v1