```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**WEST VIRGINIA HOSPITALITY AND**
**TRAVEL ASSOCIATION, INC.,**
a West Virginia Not-for-Profit
corporation, on behalf of all of
its adversely affected members, and
as assignee of certain of its
adversely affected members,

      Plaintiff,

v.                                              Civil Action No. 2:16-cv-0184

**GARY SOUTHERN,**

      Defendant.


<u>ORDER</u>

      Pending is the joint motion of the parties to amend the scheduling order, filed November 13, 2018.

      The parties request that the deadline for the close of discovery, December 10, 2018, and the deadline to file dispositive motions, January 21, 2019, each be extended by ninety days to allow the parties to complete both fact and expert depositions.

      It is hereby ORDERED that the motion be, and it hereby is, granted to the extent set forth below.  Because the change

of the discovery and dispositive motions deadlines necessitates additional changes in the scheduling order, it is additionally ORDERED that the remainder of the case shall proceed as follows:

| Deadline | Date |
|---|---|
| Discovery to close | 03/11/2019 |
| Dispositive motions deadline | 04/19/2019 |
| Response to dispositive motion | 05/03/2019 |
| Reply to response to dispositive motion | 05/10/2019 |
| Settlement meeting | 06/03/2019 |
| Motion in limine deadline | 06/10/2019 |
| Responses for motions in limine | 06/17/2019 |
| Proposed pretrial order to defendant | 06/05/2019 |
| Integrated pretrial order | 06/12/2019 |
| Pretrial conference | 06/21/2019 1:30 PM |
| Proposed jury charge | 07/15/2019 |
| Final settlement conference | 07/22/2019 1:30 PM |
| Trial | 07/23/2019 9:30 AM |

The Clerk is requested to transmit this order to all counsel of record and to any unrepresented parties.

Enter: November 14, 2018

John T. Copenhaver, Jr.
Senior United States District Judge