IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA HOSPITALITY AND
TRAVEL ASSOCIATION, INC., West Virginia
Not-for-Profit Corporation, on
behalf of All of Its Adversely Affected
Members, and as Assignee of Certain of Its
Adversely Affected Members,

                Plaintiff,

v.

AMERICAN WATER WORKS
COMPANY, INC., a Delaware Corporation;
AMERICAN WATER WORKS SERVICE
COMPANY, INC., a New Jersey
Corporation; WEST VIRGINIA-
AMERICAN WATER COMPANY, a West
Virginia Corporation; EASTMAN
CHEMICAL COMPANY, a Delaware
Corporation; GARY SOUTHERN, an
individual; and DENNIS P. FARRELL, an
individual,

                Defendants.

Case No.: 2:16-CV-00184
Judge Copenhaver

## STIPULATION AND AGREED ORDER

Plaintiff, West Virginia Hospitality and Travel Association, Inc. and Defendant, Gary Southern, by their respective counsel, and pursuant to LR Civ P 7.1, hereby STIPULATE and AGREE that the time for Defendant Southern to file a response to the Plaintiff's Motion for Partial Summary Judgment on Liability of Gary Southern on Count IV of the Complaint [ECF # 167] filed on November 16, 2018 should be extended from November 30, 2018 to January 14, 2019. This extension will allow time for the court reporter to complete the transcript of Dennis



Farrell's deposition taken on November 19, 2018 and provide the final transcript to counsel for use in the response. The court reporter estimates that it will take at least two weeks for the transcript to be provided to Mr. Farrell who then has 30 days to review and make changes to the transcript under Fed. R. Civ. P. 30(e)(1). Under the current scheduling order, the deadline for filing of dispositive motions is April 19, 2019. Thus, allowing this extension will not result in any delay of the litigation.

It is so ORDERED.

DATED: November 30, 2018

John T. Copenhaver, Jr.
Senior United States District Judge

/s/ Michael O. Callaghan
Neely & Callaghan
159 Summers Street
Charleston, WV 25301
(304) 343-6500
mcallaghan@neelycallaghan.com
*Counsel for Plaintiff*

/s/Pamela C. Deem
Robert B. Allen (WVSB #110)
Pamela C. Deem (WVSB #976)
Kay Casto & Chaney PLLC
P.O. Box 2031
Charleston, WV 25327
(304)345-8900
rallen@kaycasto.com
pdeem@kaycasto.com

Mark C. Moore (*pro hac vice*)
Jennifer J. Hollingsworth (*pro hac vice*)
Nexsen Pruet LLC
1230 Main Street, 7th Floor
Columbia, SC 29201
(803) 540-2146
mmoore@nexsenpruet.com
jhollingsworth@nexsenpruet.com
*Counsel for Defendant Gary Southern*